UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Casanova,<br><br>    Plaintiff,<br><br>vs.<br><br>Yuma Transit, LLC, an Arizona Corporation, and First Transit, Inc., a Delaware Corporation,<br><br>    Defendants. | No. CV-12-483-PHX-MHB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Upon Stipulation of the parties (Doc. 29), and good cause appearing,

IT IS HEREBY ORDERED that the above captioned matter be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated this 8th day of April, 2013.

_____
Michelle H. Burns
United States Magistrate Judge